IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOHN PAUL VILLANUEVA,

    Plaintiff,

    v.                                                    No. 1:15-CV-00279-KG-WPL

UNITED STATES OF AMERICA,

    Defendant.

ORDER OF DISMISSAL

    This matter is before the Court *sua sponte*. By order dated April 27, 2015, the Court directed Plaintiff to notify the Clerk in writing of his current address or otherwise show cause why this action should not be dismissed. [Doc. 8] Plaintiff has not responded to the Court's order. Because Plaintiff has failed to comply with the Court's order or local rules, or to show cause for excusing these failures, the Court will dismiss his complaint.

    IT IS THEREFORE ORDERED that Plaintiff's complaint is dismissed without prejudice and this action is dismissed.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE