IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOHN PAUL VILLANUEVA,

    Plaintiff,

    v.                                                                                           No. 1:15-CV-00279-KG-WPL

UNITED STATES OF AMERICA,

    Defendant.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order of Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this case,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this civil proceeding is dismissed without prejudice.

                                                                              _____
                                                                              UNITED STATES DISTRICT JUDGE